UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDAMERICA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MED STAFF AMERICA, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:10-cv-02896-EMC<br><br>**ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Having reviewed Plaintiff MEDAMERICA, INC.'S Application to Continue Case Management Conference and good cause appearing therefore, the Court finds and orders as follows:

IT IS HEREBY ORDERED that the Court shall continue the Case Management Conference hearing date from October 13, 2010 at 1:30 p.m. to January 5, 2011 at 1:30 p.m.

IT IS SO ORDERED.

Dated: 9/15/10

EDWARD M. CHEN
JUDGE OF THE UNITED STATES DISTRICT COURT

*IT IS SO ORDERED*
Judge Edward M. Chen